**Opinion issued February 24, 2022**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-21-00137-CV

———————————

## IN RE BAKER HUGHES, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Baker Hughes, has filed a petition for writ of mandamus seeking an order directing the trial court to enter a second order denying Baker Hughes's motion to compel arbitration.[1] We deny the petition.

---

[1] The underlying case is *Christopher Schneider v. Baker Hughes Co.*, cause number 2020-40839, pending in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Landau.